# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-5315**  **September Term, 2016**

1:13-cv-00823-TSC

**Filed On:** March 7, 2017

Hall and Associates,

    Appellant

    v.

Environmental Protection Agency,

    Appellee

**BEFORE:** Kavanaugh, Millett, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion for extension of time to file responses, and the response thereto, it is

**ORDERED** that the motion be granted. The responses to the motions for summary affirmance and summary reversal are now due on March 27, 2017.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk